# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITES STATES OF AMERICA

VS   CASE NO. 3:06cr66LAC

AMBER HOOD

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on <u>September 11, 2006</u>
Motion/Pleadings: <u>MOTION FOR DOWNWARD DEPARTURE</u>
Filed by <u>DEFENDANT</u>  on <u>9/11/06</u>  Doc.# <u>185</u>
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of September, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See record of sentencing proceedings.*

*s/L.A. Collier*

***LACEY A. COLLIER***
***United States District Judge***

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

              Document No.
```