# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITES STATES OF AMERICA

    VS                                                                    CASE NO. 3:06cr66LAC

AMBER HOOD

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on September 11, 2006

Motion/Pleadings: MOTION FOR DOWNWARD DEPARTURE

Filed by DEFENDANT on 9/11/06 Doc.# 185

RESPONSES:

\_\_\_\_ on \_\_\_\_ Doc.# \_\_\_\_

\_\_\_\_ on \_\_\_\_ Doc.# \_\_\_\_

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of September, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See record of sentencing proceedings.*

                                                        *s/L.A. Collier*
                                                        *LACEY A. COLLIER*
                                                        *United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.